# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JUDY T. MARTIN,<br><br>    Plaintiff,<br><br>v.<br><br>BOSTON CHILDREN'S HOSPITAL,<br><br>    Defendant. | Civil Action No. 1:22-cv-11877-IT |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

The parties in this case, Plaintiff Judy T. Martin and Defendant Boston Children's Hospital, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their respective counsel of record, hereby stipulate to the dismissal with prejudice of the above-captioned action, without fees or costs to any party and with all rights of appeal waived.

| | |
|---|---|
| Respectfully submitted,<br>**JUDY T. MARTIN** | Respectfully submitted,<br>**BOSTON CHILDREN'S HOSPITAL** |
| By: */s/ Peter Vickery*<br>    Peter Vickery (BBO# 641574)<br>    **BOBROWSKI & VICKERY, LLC**<br>    27 Pray Street<br>    Amherst, Massachusetts 01002<br>    Telephone: (413) 992 2915<br>    *peter@petervickery.com* | By: */s/ Dawn R. Solowey*<br>    Lisa J. Damon (BBO # 558843)<br>    Dawn R. Solowey (BBO # 567757)<br>    Sarah B. Affel (BBO No. 672651)<br>    **SEYFARTH SHAW LLP**<br>    Seaport East Two Seaport Lane<br>    Suite 1200<br>    Boston, Massachusetts 02210-2028<br>    Telephone: (617) 946-4800<br>    *ldamon@seyfarth.com*<br>    *dsolowey@seyfarth.com*<br>    *saffel@seyfarth.com* |
| *COUNSEL FOR PLAINTIFF*<br>*JUDY T. MARTIN* | *COUNSEL FOR DEFENDANT*<br>*BOSTON CHILDREN'S HOSPITAL* |

Dated:  February 13, 2023

## CERTIFICATE OF SERVICE

      I hereby certify that on February 21, 2023, a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

*/s/ Dawn R. Soloway*
Dawn R. Soloway